# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM LAMAR BURNETT, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 10-0434-CG-C |
| JUSTIN SKAGGS, et al., | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 25th day of October, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE